IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WALTER HOLLOWAY, | |
| Plaintiff, | 8:23CV107 |
| vs. | |
| CHORACTER REBECCA, CHORACTER DARLO, CHORACTER ALEXIS, and CHORACTER JOLLIM, | MEMORANDUM AND ORDER |
| Defendants. | |

On March 23, 2023, Plaintiff Walter H. Holloway filed an unsigned Complaint, Filing No. 1. On that same date, the Clerk of Court advised Plaintiff that his Complaint was unsigned and therefore deficient. The Clerk of Court directed Plaintiff to "correct the deficiency" (i.e., file a signed Complaint) within 15 days, or the pleading "may be stricken from the record of this case." Filing No. 2 (text order). Plaintiff has failed to follow the Clerk of Court's directions.

In addition, when Plaintiff filed his Complaint, he failed to include the $402.00 filing and administrative fees. Plaintiff has the choice of either submitting the $402.00 filing and administrative fees to the Clerk's office or submitting a request to proceed in forma pauperis.

Accordingly, the Court shall order Plaintiff to file a signed Complaint in accordance with Federal Rule of Civil Procedure 11 and the Court's Local Rules and either submit the

$402.00 filing and administrative fees or a request to proceed in forma pauperis. This matter cannot proceed until the foregoing deficiencies are corrected. FAILURE TO CORRECT THE DEFECTS WITHIN 30 DAYS WILL RESULT IN DISMISSAL OF THE COMPLAINT WITHOUT FURTHER NOTICE.

IT IS THEREFORE ORDERED that:

1. Plaintiff is directed to correct the above-listed technical defects on or before **May 30, 2023**. To be clear, Plaintiff must (1) file a signed copy of his Complaint and (2) either pay the $402.00 filing and administrative fees or submit a request to proceed in forma pauperis to the Clerk's office. Failure to comply with this Memorandum and Order will result in dismissal of this matter without prejudice and without further notice.

2. The Clerk of the Court is directed to send to Plaintiff the Form AO240 (Application to Proceed Without Prepayment of Fees and Affidavit).

3. The Clerk of the Court is directed to set a pro se case management deadline in this matter with the following text: **May 30, 2023**: deadline for signed Complaint and MIFP or payment.

Dated this 27th day of April, 2023.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Court