IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WALTER HOLLOWAY, | |
| Plaintiff, | 8:23CV107 |
| vs. | |
| CHORACTER REBECCA,  CHORACTER DARLO,  CHORACTER ALEXIS, and CHORACTER JOLLIM, | MEMORANDUM AND ORDER |
| Defendants. | |

On March 23, 2023, the Clerk's Office issued a text notice of deficiency, notifying Plaintiff that his Complaint must be signed for his case to proceed.  Filing No. 2 (text notice).  After Plaintiff failed to comply, on April 27, 2023, the Court issued an order directing Plaintiff to file a signed copy of his Complaint and either pay the $402.00 filing and administrative fees or submit a request to proceed in forma pauperis to the Clerk's office no later than May 30, 2023, or his Complaint would be subject to dismissal without prejudice and without further notice.  Filing No. 5.  While Plaintiff did file a motion to proceed in forma pauperis, Filing No. 6, and additional correspondence, Filing No. 7, Filing No. 8, to date, Plaintiff has not filed a signed complaint.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this Court's

orders. Plaintiff's pending motion to proceed in forma pauperis, Filing No. 6, is denied as moot. The Court will enter judgment by a separate document.

Dated this 5th day of June, 2023.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Court